

April 13, 2023

SENT VIA CM/ECF

Hon. Frank P. Geraci, Jr., Chief U.S. District Judge
U.S. District Court, Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

     Re: Isar Kiani v. St. John Fisher University
     Civil Action 6:22-cv-06427-FPG

Dear Judge Geraci:

     Please accept this letter request on behalf of Plaintiff Isar Kiani, requesting that the case be added to the court's regular calendar so that the matter may move forward. The last court filing was the Defendant's Answer to the complaint, Docket #7, that was filed January 11, 2023. The case has yet to be assigned a Magistrate Judge as well as a Rule conference date.

     Thank you for your consideration with this request.

Respectfully submitted,

*[signature]*

James D. Hartt, Esq**.**

Cc: All Counsel of Record (via CM/ECF)

---

**Fairport Main Office**  
6 North Main Street, Suite 200F  
Fairport, New York 14450

    Cell (585)-490-7100

**Syracuse Office**  
141 First Street  
Liverpool, New York 13088

Toll Free: 1-(888)-425-8682

**Buffalo Office**  
3959 N. Buffalo Rd., Suite 40  
Orchard Park, New York 14127

Fax: 716-299-2006

[james@harttlegal.com](mailto:james@harttlegal.com)
**Admitted in New York, New Jersey, and Arizona**